Joseph R. Manning, Jr., Esq. (SBN 223381)
**MANNING LAW, APC**
20062 SW Birch St., Suite 200 Newport Beach, CA 92660
Tel: (949) 200-8755 Fax: (866) 843-8308
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff:  JAMES RUTHERFORD

Bashir Eustache (Bar No. 241759)
**AMUSEMENT INDUSTRY, INC.**
520 W. Willow Street
Long Beach, California 90806
Tel.: (310) 861-4699 /Fax: (562)332-6090
bashir.e@WestlandREG.com

Attorneys for Defendant:
FVDD, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br>        Plaintiff, <br><br> v. <br><br>  FVDD, LLC, a California limited liability company; and DOES 1-10, inclusive, <br><br>        Defendants. | Case No.:  8:20-cv-01292-JLS-DFM <br><br> Hon.  Josephine L. Staton <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed:  July 20, 2020 <br> Trial Date:  None Set |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, FVDD, LLC., (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action pending completion of certain terms of the confidential settlement agreement.

Dated: September 28, 2021           **MANNING LAW, APC**

                                    By:   */s/ Joseph R. Manning, Jr. Esq.*
                                          Joseph R. Manning, Jr., Esq.
                                          Attorneys for Plaintiff,
                                          James Rutherford

Dated: September 28, 2021           **AMUSEMENT INDUSTRY, INC.**

                                    By:   */s/ Bashir Eustache*
                                          Bashir Eustache
                                          Attorney for Defendant,
                                          FVDD, LLC

## CERTIFICATE OF SERVICE

I certify that on September 28, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                                    Respectfully submitted,

Dated: September 28, 2021           **MANNING LAW, APC**

                                    By:   */s/ Joseph R. Manning, Jr. Esq.*
                                          Joseph R. Manning, Jr., Esq.
                                          Attorneys for Plaintiff
                                          James Rutherford

| | |
|---|---|
| 1 | **SIGNATURE ATTESTATION** |
| 2 | |
| 3 | Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other |
| 4 | signatories listed, and on whose behalf the filing is submitted, concur in this |
| 5 | document's content and have authorized the filing of this document with the use |
| 6 | |
| 7 | of their electronic signature. |
| 8 | |
| 9 | Dated: September 28, 2021 |

                                                      **MANNING LAW, APC**

                                              By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                    Joseph R. Manning, Jr., Esq.
                                                    Attorneys for Plaintiff
                                                    James Rutherford