| | |
|---|---|
| 1 | Joseph R. Manning, Jr. (SBN 223381) |
| 2 | DisabilityRights@manninglawoffice.com |
|   | **MANNING LAW, APC** |
| 3 | 20062 SW Birch Street, Suite 200 |
|   | Newport Beach, CA 92660 |
| 4 | Tel: 949.200.8755 / Fax: 866.843.8308 |
| 5 | Attorneys for Plaintiff: |
|   |  JAMES RUTHERFORD |
| 6 | |
| 7 | Bashir Eustache (Bar No. 241759) |
|   | AMUSEMENT INDUSTRY, INC. |
| 8 | 520 W. Willow Street |
|   | Long Beach, California 90806 |
| 9 | Tel.: (310) 861-4699 /Fax: (562)332-6090 |
| 10 | bashir.e@WestlandREG.com |
| 11 | |
|   | Attorneys for Defendant: |
| 12 |  FVDD, LLC |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.: 8:20-cv-01292-JLS-DFM |
| | Hon. Josephine L. Staton |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| FVDD, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: July 20, 2020 |
| | Trial Date: None |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JAMES RUTHERFORD ("Plaintiff") FVDD, LLC, ("Defendants"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 22, 2021

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

DATED:  October 22, 2021

**AMUSEMENT INDUSTRY, INC**

By: /s/   *Bashir Eustache*
    Bashir Eustache
    Attorneys for Defendant
    FVDD, LLC

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: October 22, 2021                By: /s/ *Joseph R. Manning, Jr.*

1
JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE