UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FVDD, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:20-cv-01292-JLS-DFM<br><br>**ORDER DISMISSING WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and FVDD, LLC ("Defendant") (Doc. 31), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: November 01, 2021

**JOSEPHINE L. STATON**
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE